IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CEDRIS ROBINSON, individually and on
behalf of all others similarly situated                                    PLAINTIFF

v.                              No. 4:25-cv-412-DPM

USABLE MUTUAL INSURANCE
COMPANY, an Arkansas registered
company;  and SIGNIFY HEALTH, INC., a                             DEFENDANTS
Delaware corporation

## ORDER

Complaint noted. I have health insurance with Arkansas Blue Cross Blue Shield. I don't believe that fact would cause a question about my impartiality in this case. 28 U.S.C. § 455(a). But I wanted to put it of record and give parties the opportunity to object. Any motion to recuse based on this connection is due thirty days after all defendants have appeared.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 May 2025