IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CEDRIS ROBINSON, individually and on
behalf of all others similarly situated                              PLAINTIFF

v.                              No. 4:25-cv-412-DPM

USABLE MUTUAL INSURANCE
COMPANY, an Arkansas registered
company and SIGNIFY HEALTH, INC., a
Delaware corporation                                                DEFENDANTS

## ORDER

No party objected to my staying on this case, even though I have health insurance with Arkansas Blue Cross Blue Shield. Doc. 3. All material things considered, I don't believe there is a basis for reasonably questioning my impartiality. 28 U.S.C. § 455(a) & (b)(1). I will continue presiding over this matter.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2025