# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CEDRIS ROBINSON, individually and on**         **PLAINTIFF**
**behalf of all others similarly situated**

**v.**         **No. 4:25-cv-412-DPM**

**USABLE MUTUAL INSURANCE**
**COMPANY, an Arkansas registered**
**company;   and SIGNIFY HEALTH, INC., a**         **DEFENDANTS**
**Delaware corporation**

## ORDER

The defendants' motion, *Doc. 38*, is granted.   This case is stayed based on the first-to-file rule.   *Orthmann v. Apple River Campground, Inc.*, 765 F.2d 119, 121 (8th Cir. 1985).   Robinson's case is substantially similar to *Rivera v. Humana, Inc. & Signify Health, Inc.*, Case No. 1:24-cv-2465-KAS (D. Colo. 15 December 2024), which was filed first.   Both Rivera and Robinson seek class certification of their claims against Signify.   Robinson also makes indirect claims against USAble Mutual. But those claims require Signify to be directly liable.   Because Rivera's proposed class would include all members of Robinson's proposed class, a stay best serves the interests of justice.   *Northwest Airlines, Inc. v. American Airlines, Inc.*, 989 F.2d 1002, 1005 (8th Cir. 1993).   It's true that this case is more than a year old.   But the deeper truth is that no substantial progress has been made.   The parties spent much of that

-2-

time in settlement discussions. *Doc. 29.* And the Court recently suspended the current deadlines. *Doc. 42.* No compelling circumstances prevent applying the first-to-file rule. *Northwest Airlines, Inc.*, 989 F.2d at 1006–07.

*

The Court directs the Clerk to stay and administratively terminate this case. Motion to reopen, or joint report with a status update on the class action in *Rivera*, due by 7 May 2027.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
6 May 2026