IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CEDRIS ROBINSON, individually and on behalf of all others similarly situated** **PLAINTIFF**

**v.** **No. 4:25-cv-412-DPM**

**USABLE MUTUAL INSURANCE COMPANY, an Arkansas registered company; and SIGNIFY HEALTH, INC., a Delaware corporation** **DEFENDANTS**

# JUDGMENT

Robinson's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

10 September 2026